IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Melinda Brennan, | ) | C/A: 3:15-05051-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER SETTING** |
| | ) | **PRETRIAL CONFERENCE** |
| Dish Network, LLC and Diversified Consultants, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In this recently filed action, the Court wishes to conduct a pretrial conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the conference in chambers on Thursday, January 14, 2016 at 3:30 p.m. in the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

**IT IS SO ORDERED**.

January 7, 2016                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge